Ø1 OF Ø3
RONALD MIJAIL ARRECOOCE

COL

Ø2 OF Ø3
JULIO JOSE HERNANDEZ

COL

Ø3 OF Ø3
RONARD JEFRE ROSADO

DOM REP

EX. #1B

10 AUG

2215 ALL DETAINEES EMBARKED HNLMS HOLLAND, READ "COMMAND EXPECTATIONS" STATEMENT IN SPANISH. ALL DETAINEES CONFIRMED VERBALLY THAT THEY UNDERSTOOD AND HAD NO QUESTIONS. ALL DETAINEES PROVIDED WITH AN INITIAL MEDICAL SCREENING BY IDHS ON BOARD. ALL DETAINEES PROVIDED A SLEEPING COT, 02 SHEETS, BOTTLES OF WATER. ALL DETAINEES ARE BEING HOUSED ON THE PORT SIDE QUARTERDECK. OFFICER H AND 01 DUTCH CREWMEMBER ASSUME THE WATCH.

0000 - 0400 (11 AUG 2021)

0000 OFFICER M RELIEVES THE WATCH
0000 OFFICER M & 01 DUTCH MEMBER ASSUME THE WATCH

0400 - 0800

0400 OFFICER G RELIEVES THE WATCH
0400 OFFICER G & 01 DUTCH MEMBER ASSUME THE WATCH
0745 ALL DETAINEES PROVIDED BREAKFAST
0800 OFFICER L RELIEVES THE WATCH

0800 - 1200

0800 OFFICER L & 01 DUTCH MEMBER ASSUME THE WATCH.

1200 - 1600

1200 OFFICER B ASSUMES THE WATCH WITH 01 DUTCH MARINE
1213 ALL DETAINEES PROVIDED LUNCH CONSISTING OF RICE, CHICKEN, FRUIT AND WATER

EX. #1B

1200-1600 (CONTINUED)

1226 DETAINEE 01 PROVIDED 40 MG PANTOPRAZOL. DETAINEE 02 PROVIDED 400MG IBUPROFEN AND 1000MG PARACETAMOL. DETAINEE 03 PROVIDED 400MG IBUPROFEN & 1000MG PARACETAMOL

1343 ALL DETAINEES DISEMBARKED HNLMS HOLLAND

1351 ALL DETAINEES TRANSFER TO CGC ISAAC MAYO.

1439 DETAINEE 03 USES THE HEAD.

1505 MK3 AVILES-TORRES AND GM2 WILLIS ASSUME THE WATCH.

1620 ALL DETAINEES RECEIVE THE EVENING MEAL.

1600 - 2000

1715 FNP and BM3 Lawson RELIEVED THE Watch

2000 SN SANCHEZ AND DC2 WRIGHT RELIEVED THE WATCH

2000-2400

2315 - ET2 BERNARD AND EM3 MARTINEZ RELIEVED THE WATCH.

0000-0400 (12AUG21)

0214 - GM2 WILLIS AND MK3 TORRES RELIEVED THE WATCH.

0400 - 0800 12Aug21

0515 FN PEREZ and BM3 Lawson RELIEVED THE Watch

0557 DETAINEE 02, 03 WENT TO THE HEAD

0700 FED MORNING MEAL

0800-1200

0800 ALL DETAINEES TRANSFERRED TO CGC RELIANCE.

0914 * LATE ENTRY * DETAINEE 02 SEEN BY HS2, INJURED LEFT SHIN EMBARKING ONTO CGC RELIANCE. GIVEN ICE.

1028 02 DETAINEE SHOWERED AND GIVEN NEW TYVEK.

1044 01 DETAINEE SHOWERED AND GIVEN NEW TYVEK.

1058 ALL DETAINEE SERVED NOON MEAL. SAME AS CREW. ALL DETAINEES ATE.

1106 02 DETAINEE GIVEN 800MG OF MOTRIN

1108 03 DETAINEE SHOWERED AND GIVEN NEW TYVEK

1114 01 DETAINEE

1126 03 DETAINEE

12

1130 MK2 SPARKS AND YN

1224 2 of 3 WAS C

C.llECTION.

1520 ME1 G AND BM3 K

1E

1520 ME1 G AND BM3

1653 ALL DETAINEES

RICE, MASHED POTATO,

1705 3 of 3 used the

1747 DETAINEE 2 of 3

1758 DETAINEE 1 of 3

1758 HS2 collected

1925 ME3 R AND BM2

20

1934 ME3 R AND BM2

2050 HS2 CONDUCTED

2105 02 DETAINEE (

2210 MOVED ALL 03 DETAIN

2330 YN1 DEVITO AND MK2

2330 - YN1 De

0000 STARTED

WET.

0320 ME1 G AND BM

040

0320 ME1 G AND E

EX. #1B

L. DETAINEE 02
PARACETAMOL.
[illegible] & 1000 MG PARACETAMOL
MS HOLLAND
ISAAC MAYO.
SSUME THE WATCH.
AL.
Watch
THE WATCH
E RELIEVED THE WATCH.
RELIEVED THE WATCH.
ED THE WATCH
D
NCE.
S2, INJURED LEFT SHIN
EL TYVEK.
TYVEK.
CREW. ALL DETAINEES ARE.
EW TYVEK

1114 01 DETAINEE GIVEN 800 MG OF MOTRIN
1126 03 DETAINEE GIVEN LUBRICATING EYE DROPS.

1200 - 1600

1130 MK2 SPARKS AND YN1 DEVITO RELEIVE THE WATCH
1226 2 of 3 WAS GIVEN AN EMPTY BOTTLE FOR URINE COLLECTION.
1520 ME1 G AND BM3 K RELIEVED THE WATCH.

1600-2000

1520 ME1 G AND BM3 K ARE ON WATCH.
1653 ALL DETAINEES RECEIVED DINNER CONSISTING OF CHICKEN CORDON BLUE, MASHED POTATO, GREEN BEANS + BISCUIT
1705 3 of 3 used THE HEAD.
1747 DETAINEE 2 of 3 USED THE HEAD AND COLLECTED A URINE SAMPLE.
1758 DETAINEE 1 of 3 USED THE HEAD.
1758 HS2 collected URINE SAMPLE FROM DETAINEE 02 of 03
1925 ME3 R AND BM2 M RELIEVED THE WATCH.

2000-2400

1934 ME3 R AND BM2 M ON WATCH
2050 HS2 CONDUCTED WELLNESS CHECK ON 02 DETAINEE.
2105 02 DETAINEE GIVEN 800 MG OF MOTRIN
2210 MOVED ALL 03 DETAINEES TO ACCOMODATE FROM RAIN.
2330 YN1 DEVITO AND MK2 SPARKS RELIEVED THE WATCH.

~~100~~ 0000 - 0400 (13AUG21)

2330 - YN1 DE MK2 S RELIEVES THE WATCH
0000 STARTED TO RAIN, DETAINEES + DECK GETTING WET. BLANKETS PROVIDED AS NEEDED
0320 ME1 G AND BM3 K RELIEVED THE WATCH.

0400 - 0800

0320 ME1 G AND BM3 K ON WATCH.

EX. #1B

0400-0800 CONT.

0520 DUE TO RAIN SHOWERS BLANKETS GOT WET. NEW DRY BLANKETS PROVIDED FOR ALL.

0724 BM2 M AND ME3 R RELIEVED THE WATCH.

13AUG21 0800 - 1200

0730 ME3 A. AND BM2 M. ASSUMED THE WATCH.

0735 ALL DETAINEES GIVEN BREAKFAST CONSISTING OF 01 MED. PANCAKE, 01 WITH BROWN PATTY, 01 BIG SCOOP OF SCRAMBLE EGGS AND 02 SLICES OF BACON. DETAINEE 03 OF 03 ATE BREAKFAST. DETAINEES 01 OF 03 AND 02 OF 03 DID NOT EAT BREAKFAST.

0815 01 DETAINEE GIVEN 2 NEW BLANKETS DUE TO RAIN.

0845 WELLNESS CHECKS CONDUCTED ON ALL DETAINEES.

0850 02 DETAINEE GIVEN 800MG OF MOTRIN.

0853 01 DETAINEE SHOWERED AND GIVEN NEW TOWEL.

0900 02 DETAINEE REFUSED SHOWER DUE TO BACK PAIN.

0908 03 DETAINEE GIVEN 01 NEW BLANKET DUE TO RAIN.

1014 01 AND 03 DETAINEE TRANSFERRED TO CGC ISSAC MAYO, 02 DETAINEE REMAINED ONBOARD CGC RELIANCE AWAITING MEDEVAC.

1410 GM2 W. and ME3 A RELIEVED THE WATCH.

1600 - 2000

1614 DETAINEE 01 WENT TO USE THE HEAD.

1700 ALL DETAINEES RECEIVED EVENING MEAL CONSISTING OF CHICKEN AND RICE

1715 FN PEREZ and BM3 LAWSON RELIEVED THE WATCH

2000 - 2400

2015 SN SANCHEZ AND DC2 WRIGHT RELIEVED THE WATCH

0000-0400 (14AUG21)

2310 ET2 BERN[illegible]
WATCH.

0215 GM2 WILLIS
WATCH.

0515 ET2 CONDON AN[illegible]

0745 ALL DETAINEES [illegible]

0810 SN SANCHEZ AND [illegible]

0907 01 DETAINEE [illegible]
12[illegible]

1115 ET2 BERNARD a[illegible]

1115 ALL DETAINEES [illegible]

0210 GM2 WILLIS

1515- BM3 LAWSON
[illegible]

1700- ALL DETAIN[illegible]

1745- ALL DETAIN[illegible]
MAC-A-BOUT

2015- SN SANCH[illegible]
THE WATCH

2310- EM3 MART[illegible]
THE WATCH

0213- GM2 WILLIS

0515 ET2 Condon

0645 01 and 03

0700 01 and 03

EX. #1B

T WET. NEW DRY
E WATCH.
ATCH.
MEAL PANCAKE, 01
AND 02 SLICES OF
WEETS 01 & 03 AND
DUE TO RAIN.
TAINEES.
W TYVEK.
ACK PAIN.
DUE TO RAIN.
O CGC ISSAC
RD CGC RELIANCE
H.
ONSISTING OF
WATCH
HE WATCH
)

0000-0400 (cont) (14AUG21)

2310 ET2 BERNARD AND EM3 MARTINEZ RELIEVED THE WATCH.

0215 GM2 WILLIS AND MK3 AVILES TORRES RELIEVED THE WATCH.

0400-0800 (14AUG21)

0515 ET2 CONDON AND FN PEREZ RELIEVED THE WATCH

0745 ALL DETAINEES HAD MORNING MEAL

0810 SN SANCHEZ AND DC2 WRIGHT RELIEVED THE WATCH

0800-1200

0907 01 DETAINEE ISSUED BACK PAIN MEDICATION

1200 - 1600

1115 ET2 BERNARD and EM3 MARTINEZ RELIEVED THE WATCH

1115 ALL DETAINEES EAT and DRANK NOON MEAL

0210 GM2 WILLIS AND MK3 TORRES RELIEVED THE WATCH.

1515 - BM3 LAWSON AND FN PEREZ RELIEVED THE WATCH.

1600-2000

1700 - ALL DETAINEES USED THE HEAD.

1745 - ALL DETAINEES RECIEVED THE EVENING MEAL OF MAC-A-ROUI AND CHEESE.

2000 - 0000

2015 - SN SANCHEZ AND DC2 WRIGHT RELIEVED THE WATCH.

2310 - EM3 MARTINEZ AND ET2 BERNARD RELIEVED THE WATCH.

0000 - 0400 (15AUG21)

0213 - GM2 WILLIS AND MK3 TORRES RELIEVED THE WATCH.

0400 - 0800 (15Aug21)

0515 ET2 Condon and FN PEREZ RELIEVED THE WATCH

0645 01 and 03 DETAINEE EAT and DRANK WATER

0700 01 and 03 DETAINEE USED THE HEAD

EX. #1B

0800 - 1200 15Aug21

0815 01 and 03 DETAINEES TRANSFERED TO CGC Raymond Evans.
0815 CGC RAYMOND EVANS RECIEVED 02 DETAINEES
0815 ALI TANGUAN AND BM1 ALLEN ASSUMED THE WATCH
0830 02 DETAINEES ACCOUNTED FOR
0900 02 DETAINEES ACCOUNTED FOR
0930 02 DETAINEES ACCOUNTED FOR
1000 02 DETAINEES ACCOUNTED FOR
1030 02 DETAINEES ACCOUNTED FOR
1100 02 DETAINEES ACCOUNTED FOR
1600 - 01 AND 03 DETAINEE'S TRANSFERED TO CGC VIGORO[US]
1600 - CGC VIGOROUS RECIEVED 02 DETAINEES
1628 - 01 DETAINEE DRANK WATER
1628 - 03 DETAINEE DRANK WATER
1630 - OPS NML, 02 DETAINEES ACCOUNTED FOR
1643 - 01 DETAINEE USED THE HEAD
1700 - OPS NML, 02 DETAINEES ACCOUNTED FOR
1723 - GAVE 02 DETAINEES A BLANKET
1730 - OPS NML, 02 DETAINEES ACCOUNTED FOR
1800 - OPS NML, 02 DETAINEES ACCOUNTED FOR
1811 - 01 DETAINEE GIVEN WATER
1830 - OPS NML, 02 DETAINEES ACCOUNTED FOR
1830 - 02 DETAINEES GIVEN DINER CONSISTING OF RICE, BEANS, STEAK, SHRIMP, BRUSSLE SPROUTS, AND A ROLL
1830 - 02 DETAINEE GIVEN WATER
1840 - 01, 03 DETAINEE GIVEN WATER
1844 - 02 DETAINEES DINNER WASTE COLLECTED
1900 - OPS NML, 02 DETAINEES ACCOUNTED FOR
1925 - FN S AND SN G RELIEVED THE WATCH

1940 - #03 DETAINES USE[D]
2000 - OPS NML, 02 DETA[INEES]
2030 - OPS NML, 02 DET[AINEES]
2100 - OPS NML, 02 DETAIN[EES]
2100 - #3 DETAINEE REC[...]
2130 - OPS NML, 02 DETAI[NEES]
2200 - OPS NML, 02 DETAI[NEES]
2230 - OPS NML, 02 DETA[INEES]
2300 - OPS NML, 02 DETAI[NEES]
2325 - BM3 BE. + ENS G REL[IEVED]

0000 - [...]

0000 - OPS NML, 02 DETA[INEES]
0030 - OPS NML, 02 DET[AINEES]
0100 - OPS NML, 02 DET[AINEES]
0130 - OPS NML, 02 DET[AINEES]
0200 - OPS NML, 02 DETA[INEES]
0230 - OPS NML. 02 DETAI[NEES]
0300 - OPS NML. 02 DETAI[NEES]
0330 - OPS NML. 02 DETAI[NEES]
0330 - ET2 S. + SN S. REL[IEVED]

0330 - ET2 S. + SN S. ON
0400 - OPS NML. 02 DETA[INEES]
0430 - OPS NML. 02 DETAI[NEES]
0500 - OPS NML, 02 DETAI[NEES]
0530 - OPS NML, 02 DET[AINEES]
0550 - DETAINEE #01 WEN[T]
0551 - DETAINEE #01 GI[VEN]
0551 - DETAINEE #01 ME[...]

EX. #1B

1940-#03 DETAINES USED HEAD
2000-OPS NML, Ø2 DETAINEES ACCOUNTED FOR
~~2028~~ 2030-OPS NML, Ø2 DETAINEES ACCOUNTED FOR
BSG
2100-OPS NML, Ø2 DETAINEES ACCOUNTED FOR
2100-#3 DETAINEE RECEIVED WATER
2130-OPS NML, Ø2 DETAINEES ACCOUNTED FOR
2200-OPS NML, Ø2 DETAINEES ACCOUNTED FOR
2230-OPS NML, Ø2 DETAINEES ACCOUNTED FOR
2300-OPS NML, Ø2 DETAINEES ACCOUNTED FOR
2325 - BM3BE. + ENS G RELIEVED THE WATCH

VIGOROUS

ØØØØ - O4ØØ

ØØØØ - OPS NML, Ø2 DETAINEES ACCOUNTED FOR
ØØ3Ø - OPS NML, Ø2 DETAINEES ACCOUNTED FOR
Ø1ØØ - OPS NML, Ø2 DETAINEES ACCOUNTED FOR
FOR
Ø13Ø - OPS NML, Ø2 DETAINEES ACCOUNTED FOR
Ø200 - OPS NML. Ø2 DETAINEES ACCOUNTED FOR.
Ø230 - OPS NML. Ø2 DETAINEES ACCOUNTED FOR.
Ø300 - OPS NML. Ø2 DETAINEES ACCOUNTED FOR.
Ø33Ø - OPS NML. Ø2 DETAINEES ACCOUNTED FOR
Ø33Ø. ET2 S. + SN S. RELIEVED THE WATCH

Ø400 - Ø800

Ø33Ø - ET2 S. + SN S. ON WATCH
ILE, BEANS, STEAK,
Ø400 - OPS NML. Ø2 DETAINEES ACCOUNTED FOR
Ø430 - OPS NML. Ø2 DETAINEES ACCOUNTED FOR
Ø500 - OPS NML. O2 DETAINEES ACCOUNTED FOR
Ø53Ø - OPS NML, Ø2 DETAINEES ACCOUNTED FOR
Ø55Ø - DETAINEE #Ø1 WENT TO HEAD
Ø551 - DETAINEE #Ø1 GIVEN WATER
FOR
Ø551 - DETAINEE #Ø1 MENTIONED ZIPPER IS BROKEN ON HIS CLOTHS

EX. #1B

0400-0800 (CONT.)

0600 - OPS NML, 02 DETAINEES ACCOUNTED FOR.

0630 - OPS NML. 02 DETAINEES ACCOUNTED FOR.

0635 - 02 DETAINEES WOKEN UP AND FED BREAKFAST CONSISTING OF SCRAMBLED EGGS, RICE, POTATOES, AND BACON

0642 - 02 DETAINEES RECIEVED WATER

0643 - 02 DETAINEES BREAKFAST WASTE COLLECTED

0652 - #02 DETAINEE USED THE HEAD

0900 - DETAINEE #01 & 03 TRANSPORTED TO CGC ROBERT YERED

1500 - 1800

1415 - 01 OF 02 DETAINEES TO THE HEAD

1418 - 01 OF 02 DETAINEES BACK FROM HEAD.

1720 - 02 DETAINEES GIVEN DINNER

EX. #1B