## Medical registration – HNLMS Holland

We did a medical check at embarkation HNLMS Holland due to SOLAS.

### Medical check at embarkation:

Date: 10-08-2021 Time: 23:00h

- All three persons were medically checked at embarkation by ship's nurse.
- One of them has fallen and has a tumor on his right lower back.
- No injuries found by the other two detainee's.
- One has an existing complaint that he informed us about, no care was provided for this issue.
- None of them had allergies for medication or food.
- Two persons suffer from possible covid-19 related complaints.
- Vital signs were in normal range.
- Necessary care was provided.
- During their stay none of them asked for additional medical assistance from the doctor.
- Regarding the Covid-19 pandemic; all three persons were isolated and treated with the use of personal protection equipment (face mask and gloves) in order to protect our own crew and prevent spreading of possible infectious disease.

### Other care facilities:

- During their stay they were able to drink water at all times.
- They had access to sanitary facilities.
- They received meals at least 3 times a day.

### Medical check at debarkation:

Date: 11-08-2021 Time: 12:30 h

- All persons were asked if they wanted a consultation with the doctor before debarkation.
- None of them wanted a consultation with the doctor before debarkation.
- Necessary care was provided.
- All three persons agreed with and signed the form: 'Medical care on board HNLMS Holland'.

**HNLMS Holland**

Date: 11/08/2021

**LEDET**

EX. #2

## GFV TWON 10 AUG 2021
## DETAINEE: 01 OF 03



## NAME: RONALD MIJAIL ARREGOCES
### NATIONALITY: COL
### DOB:
### CEDULA/ID:

EX. #2

## Medical care on board HNLMS Holland

10-08-2021 – 11-08-2021

### English:

- At embarkation HNLMS Holland I was medically checked by the nurse and/or doctor.
- During my stay I was treated well.
- During my stay at HNLMS Holland I had the opportunity to consult the doctor.
- I am feeling healthy during debarkation HNLMS Holland.

### Espanol:

- Al momento de embarcar el HNLMS Holland fui evaluado por un doctor.
- Durante mi estadia fui tratado bien.
- Durante mi estadia en HNLMS Holland tuve la oportunidad de ver un doctor.
- Mi siento en buen stado fisico al desembarkar el HNLMS Holland.

Name/Nombre: RONALD MIJAIL ARREGOCES BARROS

Signature/Firma: *[signed]*

EX. #2

## GFV TWON 10 AUG 2021
## DETAINEE: 02 OF 03



NAME: JUILIO JOSE HERNANDEZ

NATIONALITY: COL

DOB:

CEDULA/ID:

## Medical care on board HNLMS Holland

10-08-2021 – 11-08-2021

*English:*

- At embarkation HNLMS Holland I was medically checked by the nurse and/or doctor.
- During my stay I was treated well.
- During my stay at HNLMS Holland I had the opportunity to consult the doctor.
- I am feeling healthy during debarkation HNLMS Holland.

*Espanol:*

- Al momento de embarcar el HNLMS Holland fui evaluado por un doctor.
- Durante mi estadia fui tratado bien.
- Durante mi estadia en HNLMS Holland tuve la oportunidad de ver un doctor.
- Mi siento en buen stado fisico al desembarkar el HNLMS Holland.

Name/Nombre: *Jolio Jos Hernandez*

Signature/Firma: *Jolio Jose Hernandez*

EX. #2

EX. #2

GFV TWON 10 AUG 2021

DETAINEE: 03 OF 03



NAME: RONALD JEFRE ROSADO

NATIONALITY: DR

DOB:

CEDULA/ID:

## Medical care on board HNLMS Holland

10-08-2021 – 11-08-2021

*English:*

- At embarkation HNLMS Holland I was medically checked by the nurse and/or doctor.
- During my stay I was treated well.
- During my stay at HNLMS Holland I had the opportunity to consult the doctor.
- I am feeling healthy during debarkation HNLMS Holland.

*Espanol:*

- Al momento de embarcar el HNLMS Holland fui evaluado por un doctor.
- Durante mi estadia fui tratado bien.
- Durante mi estadia en HNLMS Holland tuve la oportunidad de ver un doctor.
- Mi siento en buen stado fisico al desembarkar el HNLMS Holland.

Name/Nombre: RONAL ROSADO

Signature/Firma: [signature]

EX. #2