

Updated: 01 JUL 20

# CONSOLIDATED EPAC BOARDING
## ALPHA REPORT

**Vessel Information**
USCGC / USS & LEDET: HNLMS HOLLAND / LEDET 101    Report Time: 2221Z    MISLE: 1273091

1. DTG of Sighting: 1023062   Method: Ship / RHIB / (Helo) / MPA & Time Remaining On-Scene: ___ HH/MM

2. Initial Position / Course / Speed: 14-26 (N)/S 070-07 E/(W) Course: DIW; Speed: N/A Kts
   Nearest Point of Land: 110 NM to N OF ARUBA ; Distance to TTS: 98 NM

3. Vessel Type: Private: ( ) Motor  ( ) Sailing __# Masts
   Go-Fast (X) LPV ( ): (Open)/Closed; Tarp (Y)/ N; Color BLUE); # Eng 2 ; (Out) / In-Board ((Gas)/ Diesel)
   Fishing: ( ) Trawler/Dragger ( ) Long Liner ( ) Seiner ( ) Shrimper ( ) Troller ( ) Other
   Commercial: ( ) Tanker ( ) Tug: W / WO Tow ( ) Freighter: Bulk / Container ( ) RORO
   SPSS: Color ___

4. Vessel Name: NONE    Is it painted? Where: N/A

5. Registry Number: NONE    Is it painted? Where: N/A

6. Nationality: COL Master Verbal Claim: (Y)/ N) Flag Flown: (Y /(N) Flag Location: N/A    Vessel Docs: (Y /(N)

7. Homeport: UNK    8. Length: 28 (FT)/ M)

9. Hull Color: BLUE    & Hull Type - Bow ((Raised)/ Clipper / Plumb) Deck (Flush / (Well))

10. Superstructure Location: FWD / MID / AFT N/A   11. Superstructure Color: N/A

12. Waterline Color: WHITE (or Not Observed)   13. Trim Color: BLUE

14. Exhaust Stack(s): FWD / MID / AFT NONE    15. Cranes / Booms: # 0 & FWD / MID / AFT

16. Antennas (Type and Number): NONE    17. Unit ESM Capable (Y /(N) Data Capture (Y /(N)
    (A) Radar - Can / Blade – Rotating (Y / N) ___ (B) Long-Wire ___ (C) DF / Loop ___ (D) Whip ___

18. Claimed Purpose / Cargo: DROPPING OFF PACKAGES    If fishing, targeted species & weight: N/A

19. Gear on Deck (Y /(N)); Type: (Long Line / Nets); Condition: (Good / Poor / Bad) Appropriate for species: (Y / N)

20. Activity & Suspicions (e.g.: Not engaged in fishing, DIW/Loitering, no one/too many people on deck, etc.):
    PACKAGES ON DECK, FUEL DRUMS ON DECK, KNOWN DRUG TRAFFICKING ROUTE, TARPED OVER

21. LPOC / Date: SALIMOS DE LA GUAJIRA, COL / 09AUG2021   22. NPOC / Date: BARAHONA, DR / 11AUG2021
23. Master's Name, DOB, Nationality: RONALD MEJAEL ARRACCCCE / COL

24. Total Persons on Board: 03    & Nationality: 02 COL, 01 DR

25. Unit Logistic/Risk Concerns (Y /(N):    26. Recommend Boarding (Y)/ N), if Yes, WX (29)

27. WX: Winds: 070 15KtS Seas: 3 /FT; Swells: 5 /FT; Visibility: 12 NM; Air: 80°; Water: 84°

28. TACON Shift Times: (to D)X): ___ (to J-S): ___   SNO Times: (Request): 2317Z (Approved): 2326Z

***LEDO Note: When was the last time this vessel was boarded? ___    Results of Boarding: ___